IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DONALD UBELE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. CV408-178

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 10), to which no objections have been filed. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** as the Opinion of this Court. The § 2255 Petition is **DENIED**. The **Clerk of Court** is **DIRECTED** to **close this case.**

SO ORDERED this **3RD** day of April, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA